**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | |
|---|---|
| BRAYON WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:24-cv-78-CDP |
| | ) |
| UNITED STATES GOVERNMENT and | ) |
| ATTORNEY GENERAL, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of Plaintiff Brayon Williams' unsigned complaint. ECF No. 1. This filing is defective as a complaint commencing a civil case because it was not drafted on a Court-provided form, and it was not signed. *See* E.D. Mo. Local Rules 2.01(A)(1) ("All filings … shall contain the signature of the self-represented party or the party's attorney.") & 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms where applicable."); Fed. R. Civ. P. 11 (Every written motion must be signed "by a party personally if the party is unrepresented" and the Court may strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention."). In addition, Plaintiff has neither paid the filing fee nor submitted an application to proceed without prepaying fees or costs. Plaintiff must do one or the other in order for this case to proceed. *See* E.D. Mo. Local Rule 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis.").

The Court will direct the Clerk of Court to send Plaintiff a civil complaint form and an application to proceed in district court without prepaying fees or costs. *See* E.D. Mo. Local Rule

2.06(A) ("If an action is not filed on a Court-provided form, the Court, in its discretion, may order the self-represented plaintiff or petitioner to file the action on a Court-provided form.")  Plaintiff must complete these forms and file them with this Court **within thirty (30) days of this order**. Plaintiff is warned that failure to do so will result in dismissal of this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to mail to Plaintiff copies of the Court's form Civil Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that Plaintiff shall file a signed amended complaint on the Court-provided form within **thirty (30) days** of the date of this Order.  Plaintiff is advised that his amended complaint will take the place of his original complaint and will be the only pleading that this Court will review.

**IT IS FINALLY ORDERED** that Plaintiff shall either pay the $405 filing fee or submit the Application to Proceed Without Prepaying Fees or Costs within **thirty (30) days** of the date of this Order.

**Plaintiff's failure to timely comply with this Order shall result in the dismissal of this action, without prejudice and without further notice.**

Dated this 29th day of October, 2024.

*Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

2