## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | |
|---|---|
| BRAYON WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:24-cv-78-CDP |
| | ) |
| UNITED STATES GOVERNMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Self-represented Plaintiff Brayon Williams brings this civil action against the United States and several former government officers. ECF No. 3. On October 29, 2024, the Court issued an Order directing Plaintiff to file a signed, amended complaint and an application to proceed in district court without prepaying fees or costs, on Court-provided forms. ECF No. 2. In response, Plaintiff filed an amended complaint and an unsigned "Motion to Reconsider.' ECF Nos. 3-4. In his Motion, Plaintiff asks the Court "to reconsider an order to refile [his] complaint and reapply [his] request to move in forma pauperis." ECF No. 4 at 1. It is unclear what Order Plaintiff is referring to, as this Court has not denied any requests to file or considered any motions to proceed *in forma pauperis* in this matter. For this reason, this Motion to Reconsider will be denied.

Furthermore, this case cannot proceed without the payment of the filing fee or an application to proceed *in forma pauperis*. Local Rule 2.01(B) authorizes the Clerk of Court to refuse to receive any pleadings "until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." As such, the Court will give Plaintiff one more chance to cure his pleading deficiencies. He must either pay the full filing fee or file a **signed** application to proceed in district court without prepaying fees or costs, on a

Court-provided form, within **thirty (30) days** of the date of this Order. The Court warns Plaintiff that his failure to comply with this Order will result in dismissal of this action.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Reconsider [ECF No. 4] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to send Plaintiff a copy of the Court's 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit a completed and **signed** 'Application to Proceed in District Court without Prepaying Fees or Costs,' on the Court-provided form, within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice from the Court.

Dated this 3rd day of December, 2024.

*[signature: Catherine D. Perry]*

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE